IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01995-RBJ-MEH

ASHLEY MOSER,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC., a Delaware corporation;
CINEMARK USA, INC., a Texas corporation; and
CENTURY THEATRES, INC., a California corporation,

    Defendants.

---

ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE

---

This matter comes before the Court on Defendants' Motion to Consolidate. The Court, having reviewed the Motion and being otherwise advised in the premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that this case be consolidated with the following cases for purposes of discovery and motions practice: *Traynom*, 1:12-cv-02514; *Nowlan*, 1:12-cv-02517; *Rosborough*, 1:12-cv-02687; *Jackson*, 1:12-cv-02704; *Medek*, 1:12-cv-02705; *Sullivan*, 1:12-cv-02900; *Spruel,* 1:13-cv-00045; *Gravelly*, 1:13-cv-00046; *Johnson*, 1:13-cv-00114; and *Golditch*, 1:13-cv-01842.

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Traynom*, 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through this order. Also, orders

2

issued in *Traynom*, 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiff Moser.

DATED this 2nd day of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge